583 A.2d 321
STATE OF NEW JERSEY v. LUIS A. DIAZ.

February 13, 1990.

Petition for certification denied.

583 A.2d 321
STATE OF NEW JERSEY v. MICHAEL PATRICK NEWMAN.

February 13, 1990.

Petition for certification denied.

583 A.2d 321
STATE OF NEW JERSEY v. DONALD BURNS.

February 13, 1990.

Petition for certification denied.

583 A.2d 321
STATE OF NEW JERSEY v. LUIS F. CORREA.

February 13, 1990.

Petition for certification denied.

583 A.2d 322
STATE OF NEW JERSEY v. J.J.

February 13, 1990.

Petition for certification denied.